# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ALTON K. NOSAKA; ERIC M. SAKAZAKI; GORDON K. LESLIE; RACHEL KRYGIER; RICHARD OKUDA, JR., individually and on behalf of all others similarly situated,<br><br>      Plaintiff(s),<br><br>  V.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; ELIZABETH HO, in her official capacity as Administrator of Local 646, AFSCME, United Public Workers; DOE DEFENDANTS 1-19, Inclusive,<br><br>      Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 21-00497 HG-WRP<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 14, 2022<br><br>At 8 o'clock and 50 min a.m.<br>MICHELLE RYNNE, CLERK |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

      On March 14, 2022, the Court issued its Order, ECF 39: "ORDER GRANTING, IN PART, AND DENYING, IN PART, DEFENDANT AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, AND ELIZABETH HO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF NO. 28) and GRANTING DEFENDANT AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, AND ELIZABETH HO'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (ECF NO. 27)" ("March 14, 2022 Order"),

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants pursuant to and in accordance with the March 14, 2022 Order.



| March 14, 2022 | MICHELLE RYNNE |
|---|---|
| Date | Clerk |
|  | /s/ Michelle Rynne by J.O. |
|  | (By) Deputy Clerk |